IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :  Case No. 3:20cr31

STEPHONE McKINLEY BROWN,  :  JUDGE WALTER H. RICE

    Defendant.  :

---

PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | 3/18/2020 |
| Jury Trial Date | Monday, 5/18/2020 |
| Final Pretrial Conference (by telephone) | Monday, 5/11/2020 at 5:00 pm |
| Motion Filing Deadline | |
|   Oral and Evidentiary Motions | 5/1/2020 |
|   Other Motions | 5/8/2020 |
| Discovery Cut-off | 5/8/2020 |
| Speedy Trial Deadline | 5/18/2020 |
| Discovery out – Plaintiff to Defendant | close of business 3/19/2020 |
| Bond Hearing Conducted by Telephone | Motion for Relief from Detention Denied |

April 15, 2020

                                            WALTER H. RICE
                                            UNITED STATES DISTRICT JUDGE