IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                            Case No.   3:20cr31

STEPHONE McKINLEY BROWN,        JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION
FOR BOND (DOC. #11); RIGHT OF APPEAL EXPLAINED

---

Based on the Court's reasoning set forth in a telephone conference call, between Court and counsel held on March 30, 2020, the Defendant's Motion for Bond/to Revoke Detention Order (Doc. #11) is deemed by this Court to be not well taken and same is, therefore, OVERRULED in its entirety.

In ruling as aforesaid, the Court notes that Defendant has some thirteen capiases on his record, he has five prior weapons charges (actually, seven prior weapons convictions, although, in order to be somewhat conservative, the Court has ignored two additional charges where the state prosecutor charged Defendant with two weapons offenses arising out of the same set of circumstances), and that he was on active probation when the weapons offense charged against him in the captioned cause was filed.

In ruling as aforesaid, this Court has reviewed the Defendant's motion, the initial Pretrial Services report, the criminal Complaint filed in the instant action (which reveals a sworn

Affidavit indicating Defendant fled from police officers and indicia of drug dealing), and the search warrant for the Defendant's home and the inventory and receipt for items found therein, including two extended magazines and ammunition, as well as other indicia of drug trafficking.

In short, this Court concludes, by the requisite burden of proof, that there exists no condition or combination of conditions such as would guarantee the appearance of the Defendant when required and/or the safety of any other person and the community.

Defendant, to whom a copy of this Entry is sent, is advised that he has fourteen days from the filing of this Decision and Entry to appeal this Court's decision rendered herein to a higher court. He is entitled to the services of an attorney to aid him in such an appeal. Should he wish to appeal and desires an attorney to represent him, the Court will appoint an attorney for him, at no cost, to assist him in such an appeal.

April 24, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Stephone McKinley Brown, c/o Butler County Jail, 442 S 2nd St, Hamilton, OH 45011